STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**

E-Mail:  sforman@tharpe-howell.com
E-Mail:  abreuer@tharpe-howell.com

Attorneys for Defendant,
WALMART INC. (Erroneously sued and served herein as "Walmart")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRTLE ALLEN, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>WALMART, a Delaware corporation;<br>and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case No.: 2:25-cv-03159-DJC-CSK<br>*[Yuba County Superior Court Case No.:*<br>*CVPO25-01364]*<br><br>[Assigned to the Hon. Daniel J. Calabretta,<br>District Judge and Hon. Chi Soo Kim,<br>Magistrate Judge]<br><br>**ORDER RE NOTICE OF VOLUNTARY**<br>**DISMISSAL PURSUANT TO FED. R.**<br>**CIV. P. 41(a)(1)**<br><br>Complaint Filed: August 22, 2025 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff MYRTLE ALLEN, is hereby dismissed in its entirety, with prejudice.

Dated:  April 29, 2026          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

- 1 -
**ORDER RE NOTICE OF VOLUNTARY DISMISSAL PURSUANT**
**TO FED. R. CIV. P. 41(a)(1)**